MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

Attorneys for Plaintiff

RECEIVED
DEC 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
DEC 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
2010 DEC 21  A 11: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALICIA FIGUEROA-PACHECO, <br><br> Defendant. | No. CR 09-00672 JW  LHK <br><br> NOTICE OF DISMISSAL <br><br> (SAN JOSE VENUE) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 12/21/2010

Respectfully submitted,

MELINDA HAAG
United States Attorney

DAVID R. CALLAWAY
Chief, San Jose Branch Office

NOTICE OF DISMISSAL
CR No. 09-00672 JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Leave is granted to the government to dismiss the indictment in <u>United States v. Alicia Pacheco-Figueroa</u>, CR 09-00672 JW.

Date: 12/21/10

*Lucy H. Koh*
~~JAMES WARE~~  LUCY H. KOH
United States District Judge